record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

167 So.2d 676

**Joseph Edmond QUINETTE, Jr., et al.**

**v.**

**Harold J. DELHOMMER and Louisiana Power & Light Company.**

**No. 47458.**

Oct. 9, 1964.

In re: Joseph Edmond Quinette, Jr., et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 165 So.2d 900.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

167 So.2d 676

**Joseph Edmond QUINETTE, Jr., et al.**

**v.**

**Harold J. DELHOMMER and Louisiana Power & Light Company.**

**No. 47460.**

Oct. 9, 1964.

In re: Joseph Edmond Quinette, Jr., et al. applying for certiorari, or writ of review,

to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 165 So.2d 900.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

167 So.2d 677

**STATE of Louisiana**

**v.**

**Pearl Lee GEORGE.**

**No. 47472.**

Oct. 9, 1964.

In re: Pearl Lee George applying for writs of certiorari, mandamus and prohibition.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable C. A. Barnett, Judge of the 19th Judicial District Court for the Parish of East Baton Rouge, to transmit to the Supreme Court of Louisiana, on or before the 18th day of December, 1964, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator here-